**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 14, 2009, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____

**Arthur I. Harris
United States Bankruptcy Judge**

**Dated: August 14, 2009**

_____

200928675
(szk)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 08-14038 |
| George L. Zeman | Chapter 13<br>Judge Harris |
| Debtor | |
| | **ORDER FOR RELIEF FROM STAY OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE BENEFIT OF THE CERTIFICATEHOLDERS FOR ARGENT SECURITIES TRUST 2003-W9, ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W9 BY AND THROUGH ITS SERVICER AMERICAN HOME MORTGAGE SERVICING, INC. (PROPERTY ADDRESS: 8417 BANCROFT AVENUE, CLEVELAND, OHIO 44105)** |

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed

by Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for Argent Securities Trust 2003-W9, Asset-Backed Pass-Through Certificates, Series 2003-W9 by and through its servicer American Home Mortgage Servicing, Inc. ("Movant").

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion and with notice of hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code, is terminated with respect to Movant, its successors and/or assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor. Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

###

SUBMITTED BY:

/s/      Jon J. Lieberman, Case Attorney
Ohio Supreme Court Reg. #0058394
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

COPIES TO:

George L Zeman
8417 Bancroft Ave.
Maple Heights, OH 44137

Cuyahoga County Treasurer
P.O. Box 94547
Cleveland, Ohio 44101

Carie Ann Becker, Esq.
J.P. Amourgis & Associates
3200 W. Market St.
Suite 106
Akron, Ohio 44333

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH 44114-2314

Office of the U.S. Trustee
Howard Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Jon J. Lieberman, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480