The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 01, 2009, which may be different from its entry on the record.

IT IS SO ORDERED.



Dated: October 01, 2009

_____
Arthur I. Harris
United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| In re:     George L Zeman <br>             XXX-XX-4219 <br><br>             Debtor | ) Chapter 13 Case No. 08-14038-H <br> ) <br> ) Hon. Arthur I. Harris <br> ) <br> ) |

**ORDER DISMISSING CASE AND RELEASING**
**INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT**

       This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case for Failure to Fund that was filed on August 25, 2009. No response was filed by the Debtor. The case is hereby dismissed due to the material default in the funding of the Plan by the Debtor.

       The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

Submitted by:
/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13shopneck@ch13cleve.com

### SERVICE LIST

Craig Shopneck, Chapter 13 Trustee

Office of the U.S. Trustee (served via ECF)

All creditors and parties of interest

Carie A Becker, Attorney for Debtor (served via ECF)

George L Zeman, Debtor
8417 Bancroft Ave
Maple Heights OH 44137

Dworkin Truckline, Employer
Attn: Payroll, 5400 Harvard Ave
Newburgh Heights OH 44105


CS/bas
10/01/09


###