IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| George Zeman | : | CASE No: 08-14038 |
| | : | JUDGE HARRIS |
| DEBTOR | : | Motion to Reinstate Case |

**NOW COMES** the Debtor, George Zeman, by and through the undersigned counsel, and hereby move this Honorable Court for an Order to reinstate the above-captioned case to the active docket for the purpose of converting his case to Chapter 7.

On September 24, 2009 the Order to dismiss the case for non-funding of plan was granted, without sufficient time for Debtor to convert his case. Prior to the motion to dismiss was granted the Debtor was in the hospital and unable to assist in the conversion of his case.

**WHEREFORE**, Debtor, respectfully requests that this matter be set for hearing on Debtors Motion to Reinstate, that the Court Order this case be reinstated, that it Order this matter to be placed on its active docket, and for any other relief this Court deems just and equitable.

Respectfully submitted,

J. P. AMOURGIS & ASSOCIATES

/s/ Carie A. Becker
Carie A. Becker (0078693)

Attorney for Debtors
3200 West Market Street, Suite 106
Akron, Ohio 44333
Phone: (330) 535-6650
Fax: (330) 535-2205

# CERTIFICATE OF MAILING

This is to certify that a copy of the Motion to Reinstate was served electronically by the Court's ECF system or by regular US Mail, this _ 21st _ day of October, 2009 upon Debtor, George Zeman, 18980 McCracken Rd, Maple Heights, Ohio 44137, Trustee Craig Shopneck, 200 Public Square, BP Tower Ste. 386, Cleveland, OH 44114-2321, the US Trustee, and all creditors listed on the attached matrix.

Associated Credit Services
120 N. Wall St. Ste 300
Spokane, WA 99201-0639

AT & T
P.O. Box 8212
Aurora, IL 60572-8212

Bank of America
Attn: Bankruptcy Dept NC4-105-03-14
Po Box 26012
Greensboro, NC 27420

Cach Llc
Attention: Bankruptcy Department
4340 South Monaco St. 2nd Floor
Denver, CO 80237

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156

Chase- BP
Attention: Banktruptcy Department
Po Box 100018
Kennesaw, GA 30156

Citi Residential Lending
P.O. Box 11000
Santa Ana, CA 92711

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Credit Protect Assoc.
Po Box 802068
Dallas, TX 75380

Cuyahoga County Treasurer
P.O. Box 94547
Cleveland, OH 44101

Dell Financial Services
12234 North Ih 35
Austin, TX 78753

Dominion East Ohio Gas
P.O. Box 26785
Richmond, VA 23261-6785

FIA Card Services
P.O. Box 15726
Wilmington, DE 19886

First Merit Bank
295 First Merit Cir
Akron, OH 44307

Hfc - Usa/Beneficial
Attn: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126

Home Depot
Attn: Bankruptcy Dept
PO Box 9100

Des Moines, IA 50368

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

JA Cabece Law Offices
Eight Bourbon Street
Peabody, MA 01960

National Action Financial
P.O. Box 9027
Buffalo, NY 14231-9027

National City
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141


Natl Cty Crd
Attention: Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141

Nco Financial Systems
507 Prudential Rd
Horsham, PA 19044

Sears/cbsd
Po Box 20363
Kansas City, MO 64195

The Illuminating Company
P.O. Box 3638
Akron, OH 44309

Verizon
Po Box 3397
Bloomington, IL 61702

Verizon Wireless
Attn: Bankruptcy Dept
PO Box 9058
Dublin, OH 43017

Wffinancial
16488 Pearl Rd
Strongsville, OH 44136

                              <u>/s/ Carie A. Becker</u>
                              Carie A. Becker (0078693)
                              Attorney for Debtors