IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

IN RE:                                        CASE NO. 08-14038

GEORGE ZEMAN                    JUDGE HARRIS

         Debtors

                                        <u>NOTICE OF HEARING</u>

**To the Creditors and Parties in Interest:**

Notice is hereby given that a Hearing on the above captioned case will be held at the U.S. Bankruptcy Court on

                 **Date/Time/Location of Hearing**
                 November 19, 2009 1:00pm
                 Judge Harris Courtroom
                 HMM US Courthouse
                 201 Superior Ave.
                 Cleveland, OH 44114

To consider and act upon the following matters:

Motion by Debtor to Reinstate Case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code)

<u>**Your rights may be affected**</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the conversion sought in the motion, or if you want the court to consider your views on the motion, then on or before November 12, 2009 you or your attorney must:

         File with the court a written request for a hearing (or if the Court requires a written response, an answer, explaining your position) at:

Clerk of U.S. Bankruptcy Court, HMM Us Courthouse, 201

Superior Ave., Cleveland, OH 44114

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Debtors attorney: Carie A. Becker, 3200 West Market Street, Suite 106, Akron, OH 44333;

Chapter 13 Trustee: Craig Shopneck, 200 Public Square, BP Tower Suite 3860, Cleveland, Ohio 44114-2321.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: October 22, 2009          Signature: /s/ Carie A. Becker
                                Name:     Carie A. Becker (0078693
                                          Attorney for Debtor
                                Address:  3200 West Market Street, Suite 106
                                          Akron, Ohio 44333
                                          Tel: (330) 535-6650
                                          Fax: (330) 535-2205

## CERTIFICATE OF MAILING

This is to certify that a copy of the Notice of Motion to Reinstate was served electronically by the Court's ECF system or by regular US Mail, this _ 22nd _ day of September, 2009 upon Debtor, George Zeman, 18980 McCracken Rd, Maple Heights, Ohio 44137, Trustee Craig Shopneck, 200 Public Square, BP Tower Ste. 386, Cleveland, OH 44114-2321, the US Trustee, and all creditors listed on the attached matrix.

Associated Credit Services
120 N. Wall St. Ste 300
Spokane, WA 99201-0639

AT & T
P.O. Box 8212
Aurora, IL 60572-8212

Bank of America
Attn: Bankruptcy Dept NC4-105-03-14
Po Box 26012
Greensboro, NC 27420

Cach Llc
Attention: Bankruptcy Department
4340 South Monaco St. 2nd Floor
Denver, CO 80237

Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091

Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156

Chase- BP
Attention: Banktruptcy Department
Po Box 100018
Kennesaw, GA 30156

Citi Residential Lending
P.O. Box 11000

Santa Ana, CA 92711

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Credit Protect Assoc.
Po Box 802068
Dallas, TX 75380

Cuyahoga County Treasurer
P.O. Box 94547
Cleveland, OH 44101

Dell Financial Services
12234 North Ih 35
Austin, TX 78753

Dominion East Ohio Gas
P.O. Box 26785
Richmond, VA 23261-6785

FIA Card Services
P.O. Box 15726
Wilmington, DE 19886

First Merit Bank
295 First Merit Cir
Akron, OH 44307

Hfc - Usa/Beneficial
Attn: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126

Home Depot
Attn: Bankruptcy Dept
PO Box 9100
Des Moines, IA 50368

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197

JA Cabece Law Offices

Eight Bourbon Street
Peabody, MA 01960

National Action Financial
P.O. Box 9027
Buffalo, NY 14231-9027

National City
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141


Natl Cty Crd
Attention: Bankruptcy Department
6750 Miller Road
Brecksville, OH 44141

Nco Financial Systems
507 Prudential Rd
Horsham, PA 19044

Sears/cbsd
Po Box 20363
Kansas City, MO 64195

The Illuminating Company
P.O. Box 3638
Akron, OH 44309

Verizon
Po Box 3397
Bloomington, IL 61702

Verizon Wireless
Attn: Bankruptcy Dept
PO Box 9058
Dublin, OH 43017

Wffinancial
16488 Pearl Rd
Strongsville, OH 44136

      /s/ Carie A. Becker
      Carie A. Becker (0078693)
      Attorney for Debtors